IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

RCVD – USDC COLA SC
JAN 9 '26 AM 11:46

Malik Singleton,

    Plaintiff,

v.                          Civil Action No._____

The Home Depot U.S.A., Inc.,

    Defendant.

_____

COMPLAINT

(Employment Discrimination and Retaliation – Title VII)

_____

I. JURISDICTION

1. This action arises under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq.

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1331.

3. Venue is proper in this District because the unlawful employment practices occurred in South Carolina.

II. PARTIES

4. Plaintiff Malik Singleton is a resident of South Carolina and was employed by Defendant.

5. Defendant The Home Depot U.S.A., Inc. is a corporation

doing business in South Carolina.

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

6. Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission (EEOC).

7. Plaintiff received a Notice of Right to Sue.

8. This action is filed within ninety (90) days of receipt of that notice.

## IV. FACTUAL ALLEGATIONS

9. Plaintiff was employed by Defendant and performed his job duties satisfactorily.

10. During his employment, Plaintiff was subjected to discriminatory treatment based on race.

11. Plaintiff was subjected to racially offensive comments, disparate treatment, and a hostile work environment.

12. Plaintiff reported and opposed the discriminatory conduct.

13. Following Plaintiff's protected activity, Defendant retaliated against Plaintiff.

14. Retaliation included increased scrutiny, false accusations, adverse treatment, and termination.

15. Defendant's actions caused Plaintiff emotional distress, financial loss, and loss of employment.

## V. CLAIMS FOR RELIEF

### COUNT I – Race Discrimination (Title VII)

16. Defendant discriminated against Plaintiff based on race in violation of Title VII.

### COUNT II – Retaliation (Title VII)

17. Plaintiff engaged in protected activity by opposing discrimination.

18. Defendant retaliated against Plaintiff because of that protected activity.

## VI. DAMAGES

19. As a result of Defendant's unlawful conduct, Plaintiff suffered:

   a. Loss of income and benefits;

   b. Emotional distress;

   c. Other compensatory damages.

## VII. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Declare Defendant's conduct unlawful;

B. Award compensatory damages;

C. Award back pay and lost benefits;

D. Award costs of this action;

E. Grant any other relief the Court deems just and proper.

JURY TRIAL DEMANDED.

Respectfully submitted,

_Malik Singleton_
Malik Singleton
Plaintiff
Date: 01/08/2026

428 paces Run Ct
Columbia SC 29223

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

**I. (a) PLAINTIFFS**

Plaintiff:
Malik Singleton

**I. (b) DEFENDANTS**

Defendant:
The Home Depot U.S.A., Inc.

**II. BASIS OF JURISDICTION**

☑ 3 – Federal Question
(28 U.S.C. § 1331)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**
(Blank)

**IV. NATURE OF SUIT**
☑ 442 – Civil Rights: Employment

**V. ORIGIN**

☑ 1 – Original Proceeding

**VI. CAUSE OF ACTION**

Brief description:

Employment discrimination and retaliation under Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e).

**VII. REQUESTED IN COMPLAINT**

☑ Jury Demand: Yes
☐ No

**VIII. RELATED CASE(S) IF ANY**

☐ None

**IX. DATE & SIGNATURE**

Date: 01/08/2026

Signature: *Malik Singleton*
Malik Singleton, Plaintiff